(102 So. 726)
### Ex parte Freeman DRUMMOND.
### (6 Div. 286.)

(Supreme Court of Alabama. Dec. 18, 1924.
Rehearing Denied Jan. 22, 1925.)

Certiorari to Court of Appeals.

Gray & Powell, of Jasper, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Freeman
Drummond for certiorari to the Court of
Appeals to review and revise the judgment and
decision of that court in the case of Drummond v. State, 20 Ala. App. 286, 102 So. 723.
Writ denied.

ANDERSON, C. J., and THOMAS and
BOULDIN, JJ., concur.